UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-632-T-24AEP

THOMAS WILLIAM HALL

### PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture, which, at sentencing, will be a final order of forfeiture as to defendant Thomas William Hall's right, title, and interest in the following firearm:

> A Remington Arms Company, Inc., 870 Express,
> 12 gauge shotgun, bearing serial number B703779M.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been convicted of carrying and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), and

WHEREAS, the United States has established the requisite *nexus* between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearm, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2). Accordingly, it is hereby

ORDERED and ADJUDGED that:

1. The Motion of the United States is hereby GRANTED.

2. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal

Rule of Criminal Procedure 32.2(b)(2), all right, title, and interest of defendant Thomas William Hall in the firearm identified above are hereby FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4) and the defendant's Plea Agreement, this order of forfeiture shall be final as to the defendant's interest in the firearm at the time it is entered. Doc. 41 at 10.

4. The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the firearm, and to address any third party interests that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, this 20 day of July, 2012.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE